PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB 14  AM 10: 45

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

*v.*  Docket # 8:01CR243

**WILLIAM WATSON**

On March 5, 2002, William Watson was sentenced to 168 months custody, to be followed by 60 months supervised release. After a sentence reduction pursuant to Rule 35(b) lowered the custodial sentence to 42 months, the period of supervised release commenced December 16, 2004. Mr. Watson has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that William Watson be discharged from supervision.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of February, 2006.

The Honorable Lyle E. Strom
Senior United States District Judge